UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M&N PLASTICS, INC., *et al.*,

Plaintiffs,

v.

SYLVIA M. BURWELL, *et al.*,

Defendants.

_____/

Case No. 5:13-cv-14754

F I L E D
NOV 17 2014
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## **INJUNCTION AND JUDGMENT**

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), and upon the parties' stipulation and consent,

IT IS HEREBY ORDERED that defendants, their employees, agents, and successors in office are permanently enjoined

    (a)    from enforcing

        (1) the "June 30, 2014 Contraceptive Coverage Requirement," defined here to include those provisions of federal law in existence on June 30, 2014, when the Supreme Court decided *Hobby Lobby*, that require plaintiff M&N Plastics, Inc. ("M&N Plastics"), to provide its employees with health coverage for contraceptive methods, sterilization procedures, and related patient education and counseling to which plaintiffs object on

religious grounds, *e.g.*, 26 C.F.R. § 54.9815-2713(a)(1)(iv); 29 C.F.R. § 2590.715-2713(a)(1)(iv); 45 C.F.R. § 147.130(a)(1)(iv); and

(2) any penalties, fines, or assessments for noncompliance with the June 30, 2014 Contraceptive Coverage Requirement, including those found in 26 U.S.C. § 4980D and 29 U.S.C. §§ 1132 and 1185d; and

(b) from taking any other actions based on noncompliance with the June 30, 2014 Contraceptive Coverage Requirement

against plaintiff M&N Plastics, its employee health plan(s), the group health coverage provided in connection with such plan(s), and/or M&N Plastics' health insurance issuers and/or third-party administrators with respect to M&N Plastics' health plan(s);

IT IS FURTHER ORDERED that judgment is entered in favor of plaintiffs and against defendants on Plaintiffs' claim under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.*;

IT IS FURTHER ORDERED that all other claims against Defendants are DISMISSED;

IT IS FURTHER ORDERED that the Parties will meet and confer to reach agreement on attorneys' fees and costs. The Parties will file a joint status report,

including a recommendation for further proceedings sixty days after entry of this order. If there is no resolution of the attorneys' fees and costs matter, Plaintiffs may file a motion for attorneys' fees and costs within thirty days of the filing of the Parties' joint status report;

IT IS FURTHER ORDERED that this Injunction and Judgment does not apply with respect to any changes in statute or regulation that are enacted or promulgated after this date, and nothing herein prevents plaintiffs from filing a new civil action to challenge any such future changes.

Date: November 17, 2014

John Corbett O'Meara
United States District Judge